IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EDGAR EDUARDO CADILLO SALAZAR,

Petitioner,

vs.

KRISTI NOEM, Secretary, Department of Homeland Security, et al.,

Respondents.

8:26-CV-44

JUDGMENT

For the reasons stated in the accompanying memorandum and order, judgment is entered in favor of the petitioner. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations on or before February 9, 2026, or else the petitioner must be immediately released from detention.

Dated this 2nd day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge