IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EDGAR EDUARDO CADILLO SALAZAR,

Petitioner,

vs.

KRISTI NOEM, Secretary, Department of Homeland Security, et al.,

Respondents.

8:26-CV-44

JUDGMENT

Pursuant to the order entered this date, judgment is entered for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees and costs of $1,535.23.

Dated this 3rd day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge