IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDGAR EDUARDO CADILLO SALAZAR,<br><br>Petitioner,<br><br>vs.<br><br>KRISTI NOEM, Secretary, Department of Homeland Security, et al.,<br><br>Respondents. | 8:26-CV-44<br><br>JUDGMENT<br>NUNC PRO TUNC |

Pursuant to the order entered this date, judgment is entered for the petitioner and against the respondents providing that the petitioner is awarded attorney fees and costs of $1,535.23.

Dated this 3rd day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge